UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| Sharon Marie Wilkins | Bankruptcy No. 23-10966-AMC |
| Debtor | |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 04/03/2023.

3. This Motion to Dismiss has been filed for the following reason(s):

- Plan is not feasible, debtor reporting disposable negative income.

WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/12/2023                                Respectfully submitted,

                                                */s/ Ann Swartz, Esq.*
                                                Ann Swartz, Esq.
                                                for
                                                Scott F. Waterman, Esq.
                                                Standing Chapter 13 Trusteee
                                                2901 St. Lawrence Avenue, Suite 100
                                                Reading, PA  19606
                                                Telephone: (610) 779-1313