**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharon Marie Wilkins                    CHAPTER 13
                Debtor(s)

BKY. NO. 23-10966 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDLAND CREDIT MANAGEMENT INC. and index same on the master mailing list.

                Respectfully submitted,

        /s/ **Mark A. Cronin**
        Mark Cronin
        29 Aug 2023, 14:05:49, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322