UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Sharon Marie Wilkins | Bankruptcy No.23-10966-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of August, 2023, by first class mail upon those listed below:

Sharon Marie Wilkins
1824 Reed Street
Philadelphia, PA  19146

**Electronically via CM/ECF System Only:**

VICKI A PIONTEK ESQ
951 ALLENTOWN ROAD
LANSDALE, PA  19446-5207

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee