UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins : | Chapter 13 |
| Debtor : | |
| : | 23-10966 |
| Sharon Marie Wilkins, : | |
| Objector : | Re. Claim No. 23 |
| v. : | |
| LVNV Funding, LLC : | |
| Respondent / Claimant : | |

## AMENDED CERTIFICATE OF SERVICE

I sent a true and correct copy of the Objection to Proof of Claim and the proposed Order, and the "NOTICE OF OBJECTION TO PROOF OF CLAIM RESPONSE DEADLINE AND HEARING DATE" to Respondent's registered agent for service of process at the following address by First Class U.S. Mail, postage pre-paid, certified mail.

Corporation Service Company
251 Little Falls Drive
New Castle, DE  19808

And I also sent the Objection to Proof of Claim and the proposed Order, and the "NOTICE OF OBJECTION TO PROOF OF CLAIM RESPONSE DEADLINE AND HEARING DATE" by regular U.S. Mail to the following address.

LVNV Funding, LLC c/o Resurgent Capital Services
Attention: Brandie McCann, Claims Processor
P.O. Box 10587
Greenville, SC  29603

And I emailed the Objection to Proof of Claim and the proposed Order, and the "NOTICE OF OBJECTION TO PROOF OF CLAIM RESPONSE DEADLINE AND HEARING DATE" to: askbk@resurgent.com

/s/ Vicki Piontek            8-31-2023
_____      _____
Vicki Piontek, Esquire       Date of Service
Attorney for Debtor
58 East Front Street, Danville, PA  17821
215-290-6444         Fax: 866-408-6735
vicki.piontek@gmail.com