UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 3 |
| v. | : | |
| Quantum3 Group, LLC | : | |
| as agent for Crown Asset Managemen,t LLC | : | |
| Respondent / Claimant | : | |

# ORDER

AND NOW, this \_\_\_14th\_\_\_ day of \_\_\_September\_\_\_ 20\_23\_, upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM NUMBER 3, the claim shall be deemed invalid.  The claim shall be disallowed with prejudice.  The claim shall be stricken with prejudice.  The claim shall be dismissed with prejudice.

_____
ASHELY M. CHAN
U.S. Bankruptcy Court