IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHARON MARIE WILKINS,<br><br>                      Debtor. | Chapter 13<br><br>Case No. 23-10966-amc |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF CHRISTINA J. LESKO, ESQUIRE**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Christina J. Lesko, Esquire (the "Motion"), due and proper notice having been given in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure; and other good cause appearing;

IT IS HEREBY ORDERED THAT

1. the Motion is GRANTED; and

2. Christina J. Lesko, Esquire is permitted to appear *pro hac vice* as counsel for American Inforsource, LP and Capital One, NA in the above-captioned Chapter 13 bankruptcy case and in any adversary proceedings therein.

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

Dated: __September 18__, 2023

162032548v2