United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10966-amc |
| Sharon Marie Wilkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + CHRISTINA J. LESKO, 227 W. Monroe Street, Suite 3900, Chicago, IL 60606-5085 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 20, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| FRANCIS J. LAWALL | on behalf of Interested Party American Infosource LP francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| FRANCIS J. LAWALL | on behalf of Interested Party Capital One NA francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| JOSEPH R. LOVERDI | on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
    on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com

PEARL PHAM
    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS R. DOMINCZYK
    on behalf of Creditor Cavalry SPV I LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VICKI ANN PIONTEK
    on behalf of Debtor Sharon Marie Wilkins vicki.piontek@gmail.com


TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHARON MARIE WILKINS,<br><br>                       Debtor. | Chapter 13<br><br>Case No. 23-10966-amc |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF CHRISTINA J. LESKO, ESQUIRE**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Christina J. Lesko, Esquire (the "Motion"), due and proper notice having been given in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure; and other good cause appearing;

IT IS HEREBY ORDERED THAT

1.    the Motion is GRANTED; and

2.    Christina J. Lesko, Esquire is permitted to appear *pro hac vice* as counsel for American Inforsource, LP and Capital One, NA in the above-captioned Chapter 13 bankruptcy case and in any adversary proceedings therein.

 

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

Dated: ___September 18___, 2023

162032548v2