UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 7 |
| v. | : | |
| Cavalry SPV I, LLC | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this 21st day of September, 2023, upon consideration of Debtor's AMENDED OBJECTION TO PROOF OF CLAIM NO. 7 and after notice and hearing of September 20, 2023, it is hereby

ORDERED that the Amended Objection is DENIED for reasons states in open Court.

_____
ASHELY M. CHAN
U.S. Bankruptcy Court