United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 23-10966-amc
Sharon Marie Wilkins   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Sep 21, 2023   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

**Recip ID        Recipient Name and Address**
db            + Sharon Marie Wilkins, 1824 Reed Street, Philadelphia, PA 19146-4636

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**           **Email Address**

ANNE M. AARONSON
    on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

FRANCIS J. LAWALL
    on behalf of Interested Party American Infosource LP francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com

FRANCIS J. LAWALL
    on behalf of Interested Party Capital One NA francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com

JOSEPH R. LOVERDI
    on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
    on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com

PEARL PHAM
    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS R. DOMINCZYK
    on behalf of Creditor Cavalry SPV I LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VICKI ANN PIONTEK
    on behalf of Debtor Sharon Marie Wilkins vicki.piontek@gmail.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 7 |
| v. | : | |
| Cavalry SPV I, LLC | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this 21st day of September, 2023, upon consideration of Debtor's AMENDED OBJECTION TO PROOF OF CLAIM NO. 7 and after notice and hearing of September 20, 2023, it is hereby

ORDERED that the Amended Objection is DENIED for reasons states in open Court.

_____
ASHELY M. CHAN
U.S. Bankruptcy Court