UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins : | Chapter 13 |
| Debtor : | |
| : | 23-10966 |
| Sharon Marie Wilkins, : | |
| Objector : | Re. Claim No. 23 |
| v. : | |
| LVNV Funding, LLC : | |
| Respondent / Claimant : | |

# ORDER

AND NOW, this \_\_\_19th\_\_\_ day of \_\_\_October\_\_\_ 20\_23\_\_\_, upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM, the claim shall be stricken with prejudice.  The claim shall be denied with prejudice.  The claim shall be disallowed.

_____
ASHELY M. CHAN
U.S. Bankruptcy Court  Judge