UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 22 |
| v. | : | |
| PNC Bank, National Association | : | |
| Respondent / Claimant | : | |

### ORDER

AND NOW, this __19th__ day of __October__ 2023,

upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM, the claim shall be stricken with prejudice.  The claim shall be denied with prejudice.  The claim shall be disallowed.

_____
ASHELY M. CHAN
U.S. Bankruptcy Court Judge