UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 12 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this _____ day of _____ 20_____,

upon consideration of Debtor's AMENDED OBJECTION TO AMENDED PROOF OF

CLAIM, the claim shall be denied / reduced.

_____
The Court