UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| Sharon Marie Wilkins, | : | 23-10966 |
| Objector | : | |
| v. | : | Re. Proof of Claim |
| | : | No 16 |
| Citibank, N.A. c/o Quantum3 Group LLC | : | |
| Respondent / Claimant | : | |

### CERTIFICATE OF SERVICE

I, Vicki Piontek, affirm that a true and correct copy of the NOTICE OF OBJECTION TO PROOF OF CLAIM RESPONSE DEADLINE AND HEARING DATE and the OBJECTION TO PROOF OF CLAIM (Minus voluminous exhibits)  were sent to the following parties at the following address(es) by First Class U.S. Mail, postage pre-paid.

Citibank c/o Qauantum3 Group LLC
Attention:  Erik Nielsen, Registered Agent
12006 98th Avenue, Suite 200
Kirkland, WA  98034

Citibank c/o Qauantum3 Group LLC
c/o Corpdirect Agents, INC. (Registered Agent in Delaware)
1209 Orange Street.
Wilmington, DE  19801

Citibank, N.A., c/o Quantum3 Group LLC
P.O. Box 280
Erik Nielsen, Registered Agent
Kirkland, WA  98083

Citibank, N.A.,
Attention: Mary Fry, Document Control Officer
5800 S Corporate Place
Sioux Falls, SD  57108

The entire objection to proof of claim with all exhibits was emailed to the following email addresses which appear on the proof of claim and / or emails sent by claimant to Debtor's Counsel.

claims@quantum3group.com, accounting@quantum3group.com, jessi.white@quantum3group.com, adrianne.branca@quantum3group.com, fran.rosello@quantum3group.com

/s/ Vicki Piontek                                                    10/6/2023
_____        _____
Vicki Piontek, Esquire                                            Date
Attorney for Debtor

58 East Front Street, Danville, PA  17821
215-290-6444 Fax: 866-408-6735
vicki.piontek@gmail.com