IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 16 |
| v. | : | |
| Citibank, N.A. c/o Quantum3 Group LLC | : | |
| Respondent / Claimant | : | |

**NOTICE OF OBJECTION TO PROOF OF CLAIM
RESPONSE DEADLINE AND HEARING DATE**

Debtor, has filed an objection to the proof of claim you filed in this bankruptcy case.
Enclosed / attached please find a copy of the objection.  Voluminous exhibits not
included.  See Court docket or Email vicki.piontek@gmail.com to obtain exhibits.

Your claim may be reduced, modified, or eliminated.  You should read these papers
carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must
attend the hearing on the objection, scheduled to be held on **Wednesday, December 13,
2023 at 11:00 A.M,** before the **Honorable Ashely M. Chan, Bankruptcy Judge**.

**The Hearing will be conducted by telephone using the following information.  Toll
Free: 1.877.873.8017 or 636.651.3181. Access Code: 3027681.**

If you or your attorney do not attend the hearing on the objection, the Court may decide
that you do not oppose the objection to your claim.


/s/ Vicki Piontek 11/6/2023
_____
 Vicki Piontek, Esquire
 Attorney for Debtor
 58 East Front Street
 Danville, PA  17821
 215-290-6444
 Fax (866) 408-6735
 vicki.piontek@gmail.com