UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 16 |
| v. | : | |
| Citibank, N.A. c/o Quantum3 Group LLC | : | |
| Respondent / Claimant | : | |

## ORDER

AND NOW, this _____ day of _____ 20_____, upon consideration of Debtor's AMENDED OBJECTION TO PROOF OF CLAIM, the claim shall be deemed invalid.  The claim shall be disallowed with prejudice.  The claim shall be stricken with prejudice.  The claim shall be dismissed with prejudice.

_____
The Court