IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 9 |
| v. | : | |
| Police and Fire Federal Credit Union, | : | |
| Respondent / Claimant | : | |

**PRAECIPE TO WITHDRAW OBJECTION TO CLAIM WITHOUT PREJUDICE**

Kindly withdraw the objection to proof of claim in the above captioned matter without prejudice.  Thank you.

Date: November 14, 2023          /s/ Vicki Piontek
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Vicki Piontek, Esquire
　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　58 East Front Street
　　　　　　　　　　　　　　　　　Danville, PA  17821
　　　　　　　　　　　　　　　　　215-290-6444
　　　　　　　　　　　　　　　　　Fax (866) 408-6735
　　　　　　　　　　　　　　　　　vicki.piontek@gmail.com