IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins : | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 10 |
| v. | : | |
| Police and Fire Federal Credit Union, | : | |
| Respondent / Claimant | : | |

**PRAECIPE TO WITHDRAW OBJECTION TO CLAIM WITHOUT PREJUDICE**

Kindly withdraw the objection to proof of claim in the above captioned matter without prejudice.  Thank you.


Date: November 14, 2023         /s/ Vicki Piontek
                                 _____
                                 Vicki Piontek, Esquire
                                 Attorney for Debtor
                                 58 East Front Street
                                 Danville, PA  17821
                                 215-290-6444
                                 Fax (866) 408-6735
                                 vicki.piontek@gmail.com