UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins : | Chapter 13 |
| Debtor : | |
| : | 23-10966 |
| Sharon Marie Wilkins, : | |
| Objector : | Re. Claim No. 16 |
| v. : | |
| Citibank, N.A. c/o Quantum3 Group LLC : | |
| Respondent / Claimant : | |

## ORDER

AND NOW, this __14th__ day of __December__ 20__23__, upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM, the claim shall be deemed invalid. The claim shall be disallowed with prejudice. The claim shall be stricken with prejudice. The claim shall be dismissed with prejudice.

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE