IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 12 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor, has filed a Motion in Limine in the above captioned matter.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before January 16, 2024, you or your attorney must file a response to the Motion. (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held on January 17, 2024, at 11:00 A.M. in United States Bankruptcy Court for the Eastern District of Pennsylvania, before the **Honorable Ashely M. Chan, Bankruptcy Judge**.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.  **The Hearing will be conducted by telephone using the following information.  Toll Free: 1.877.873.8017 or 636.651.3181. Access Code: 3027681.**

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.  <u>Your claim may be reduced, modified, or eliminated</u>.  You should read theses papers carefully and discuss them with your attorney, if you have one.

**Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market St # 400, Philadelphia, PA 19107.

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Vicki Piontek, Esquire
> 58 East Front Street
> Danville, PA. 17821
> Fax: 866-408-6735
> vicki.piontek@gmail.com

Date of Notice: December 15, 2023   /s/ Vicki Piontek
_____
Vicki Piontek, Esquire
Attorney for Debtor
58 East Front Street
Danville, PA 17821
215-290-6444
Fax (866) 408-6735
vicki.piontek@gmail.com