IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 12 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

## ORDER

AND NOW, this _____ day of _____, 20_____, upon consideration of DEBTOR'S MOTION TO COMPEL CLAIMANT TO COOPERATE WITH DISCOVERY, the same shall be GRANTED.

Claim shall provide full and complete responses to Debtor's requests for production of documents.

Claimant shall produce the following documents and things.