UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 12 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

# PRAECIPE TO WITHDRAW AMENDED OBJECTION TO AMENDED PROOF OF CLAIM WITH PREJUDICE

Kindly withdraw the objection to proof of claim with prejudice. Thank you.

/s/ Vicki Piontek            1-10-2024

Vicki Piontek, Esquire          Date
Attorney for Debtor
58 East Front Street
Danville, PA 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com