UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 13 |
| v. | : | |
| Wells Fargo Bank, N.A. | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this __15th__ day of __Feb.__ 20__24__, upon consideration of Debtor's AMENDED OBJECTION TO PROOF OF CLAIM, the claim shall be dismissed / reduced.

_____
Ashely M. Chan
U.S. Bankruptcy Judge