United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10966-amc |
| Sharon Marie Wilkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Marie Wilkins, 1824 Reed Street, Philadelphia, PA 19146-4636 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 17, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| FRANCIS J. LAWALL | on behalf of Interested Party American Infosource LP francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| FRANCIS J. LAWALL | on behalf of Interested Party Capital One NA francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| JOSEPH R. LOVERDI | on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org |
| MARIO J. HANYON | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

MARK A. CRONIN
    on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com

PEARL PHAM
    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS R. DOMINCZYK
    on behalf of Creditor Cavalry SPV I  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VICKI ANN PIONTEK
    on behalf of Debtor Sharon Marie Wilkins vicki.piontek@gmail.com  piazzakt@gmail.com


TOTAL: 11

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Sharon Marie Wilkins | : | Chapter 13 |
| Debtor | : | |
| | : | 23-10966 |
| Sharon Marie Wilkins, | : | |
| Objector | : | Re. Claim No. 13 |
| v. | : | |
| Wells Fargo Bank, N.A. | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this **15th** day of **Feb.** 20**24**, upon consideration of Debtor's AMENDED OBJECTION TO PROOF OF CLAIM, the claim shall be dismissed / reduced.

_____
Ashely M. Chan
U.S. Bankruptcy Judge