United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10966-amc |
| Sharon Marie Wilkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Marie Wilkins, 1824 Reed Street, Philadelphia, PA 19146-4636 |
| 14811376 | | Capital One, NA, c/o FRANCIS J. LAWALL, Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, 18th and Arch Street Philadelphia, PA 19103-2799 |
| 14810773 | + | MIDLAND CREDIT MANAGEMENT INC., c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14815341 | + | PNC Bank, National Association, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14772999 | + | Patenaude and Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14772966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:12 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14772965 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 24 2024 00:11:28 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14772967 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14800535 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14772969 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:30 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14772970 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14773837 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:10:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14772971 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:12:07 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14772972 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:24:53 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14777732 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 00:03:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14772973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:04 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14772974 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 14772976 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 23-10966-amc    Doc 218    Filed 05/25/24    Entered 05/26/24 00:36:09    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | May 24 2024 00:11:25 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 14772977 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:11:28 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14779237 | Email/Text: bnc-quantum@quantum3group.com | May 24 2024 00:02:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14772978 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:51:24 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14772979 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:10 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14772980 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:24:41 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772981 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772982 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772983 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772984 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772985 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772986 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772987 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitybank/cldwtrmc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14772988 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitycap/diamndsint, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772991 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14772989 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitycapital/c21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772990 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitycapital/levisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772992 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 14772995 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:10:42 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14772997 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:10:42 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14772993 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:24:42 | Dillard?s Card Services/Wells Fargo Bank, Attn: Bankruptcy, Po Box 10347, Des Moines, IA 50306-0347 |
| 14772994 | + Email/Text: mrdiscen@discover.com | May 24 2024 00:01:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14772996 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 24 2024 00:03:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14772975 | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:12:02 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14777070 | + Email/Text: RASEBN@raslg.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 76 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14774804 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:10:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14810629 | ^ | MEBN | May 23 2024 23:54:43 | MIDLAND CREDIT MANAGEMENT INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14780195 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14772998 | + | Email/Text: bnc@nordstrom.com | May 24 2024 00:02:28 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14789352 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:03:00 | Nordstrom, Inc, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 14773000 | | Email/Text: CollectionsDept@PFCU.COM | May 24 2024 00:02:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14815157 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2024 00:01:00 | PNC Bank, 6750 Miller Road, Brecksville, Ohio 44141 |
| 14788220 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2024 00:01:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14772968 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2024 00:01:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14815156 | + | Email/Text: EBN@brockandscott.com | May 24 2024 00:02:00 | PNC Bank, National Association, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14786159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:11:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14772999 | ^ | MEBN | May 23 2024 23:55:03 | Patenaude and Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 14785952 | ^ | MEBN | May 23 2024 23:54:50 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14773001 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14779961 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14773002 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14776985 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2024 00:02:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773003 | + | Email/Text: bankruptcyteam@quickenloans.com | May 24 2024 00:03:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14773004 | + | Email/Text: servicing@svcfin.com | May 24 2024 00:02:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14773005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:24:52 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:24:40 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:51:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 14773009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:11:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14773011 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:12 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773013 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:02 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773014 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:39:28 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 14773015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:10:33 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14773010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:12 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:51:14 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:10:33 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773018 | + | Email/Text: EBankruptcy@UCFS.NET | May 24 2024 00:03:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14785504 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:11:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14783001 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:12:12 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14773019 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:12:21 | Wffnatbank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 72

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14773006 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com |
| FRANCIS J. LAWALL | on behalf of Interested Party Capital One NA francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| FRANCIS J. LAWALL | on behalf of Interested Party American Infosource LP francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| JOSEPH R. LOVERDI | on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org |
| MARIO J. HANYON | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Cavalry SPV I LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VICKI ANN PIONTEK | on behalf of Debtor Sharon Marie Wilkins vicki.piontek@gmail.com piazzakt@gmail.com |

TOTAL: 11

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Sharon Marie Wilkins<br><br>   Debtor(s). | Case No. 23−10966−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 22, 2024

                                              For The Court

                                              Ashely M. Chan
                                              Judge, United States Bankruptcy Court