| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10966-AMC**

Sharon Marie Wilkins
1824 Reed Street
Philadelphia  PA   19146

Petition Filed Date: 04/03/2023
341 Hearing Date: 06/16/2023
Confirmation Date: 05/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $150.00 | 28942436430 | 09/13/2023 | $350.00 | 28879743824 | 09/14/2023 | $150.00 | 28942435348 |
| 10/10/2023 | $375.00 | 29048036354 | 10/18/2023 | $400.00 | 29048042610 | 11/13/2023 | $400.00 | 29048728285 |
| 12/13/2023 | $300.00 | 29048746678 | 01/11/2024 | $400.00 | 29173485666 | 02/14/2024 | $550.00 | 28898543463 |
| 03/11/2024 | $550.00 | 26723272746 | 04/10/2024 | $550.00 | 28898541066 | 05/20/2024 | $400.00 | 29047648702 |
| 06/10/2024 | $500.00 | 29050258735 | 07/02/2024 | $500.00 | 29442861134 | | | |

**Total Receipts for the Period: $5,575.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | VICKI A PIONTEK ESQ | Attorney Fees | $2,188.00 | $2,188.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $766.78 | $349.15 | $417.63 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAVALRY SPV INVESTMENTS LLC »» 007 | Unsecured Creditors | $2,190.16 | $997.29 | $1,192.87 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | POLICE & FIRE FCU »» 009 | Unsecured Creditors | $985.61 | $448.80 | $536.81 |
| 10 | POLICE & FIRE FCU »» 010 | Unsecured Creditors | $2,009.56 | $915.06 | $1,094.50 |
| 11 | POLICE & FIRE FCU »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $623.57 | $283.95 | $339.62 |
| 13 | WELLS FARGO »» 013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITIBANK NA »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | VERIZON BY AIS AS AGENT »» 017 | Unsecured Creditors | $113.80 | $44.16 | $69.64 |
| 18 | PHILADELPHIA GAS WORKS »» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PNC BANK »» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC »» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CITY OF PHILADELPHIA (LD) »» 025 | Secured Creditors | $153.93 | $153.93 | $0.00 |
| 26 | POLICE & FIRE FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | BBVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | BBVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | BBVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | CAPITAL ONE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 33 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | CITIBANK NORTH AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | CITIBANK NORTH AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 50 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 52 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 53 | GENESIS FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 54 | MACYS C/O DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 55 | PHILADELPHIA FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 56 | QUICKEN LOANS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 57 | SERVICE FINANCE COMPANY LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 58 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 59 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 60 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 61 | SYNCHRONY/HDCEAP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 62 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 63 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 64 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 65 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 66 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 67 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 68 | UNITED CONSUMER FINANCANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 69 | WELLS FARGO NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,375.00 | Current Monthly Payment: | $166.66 |
| Paid to Claims: | $5,380.34 | Arrearages: | ($3,708.44) |
| Paid to Trustee: | $627.00 | Total Plan Base: | $9,999.60 |
| Funds on Hand: | $367.66 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.