Certificate Number: 17572-PAE-DE-037413673

Bankruptcy Case Number: 23-10966



17572-PAE-DE-037413673

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2023, at 7:54 o'clock PM PDT, Sharon M Wilkins completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 8, 2023

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor