United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10966-amc |
| Sharon Marie Wilkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 08, 2025 | Form ID: 206 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Marie Wilkins, 1824 Reed Street, Philadelphia, PA 19146-4636 |
| aty | + | CHRISTINA J. LESKO, 227 W. Monroe Street, Suite 3900, Chicago, IL 60606-5085 |
| 14811376 | | Capital One, NA, c/o FRANCIS J. LAWALL, Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, 18th and Arch Street Philadelphia, PA 19103-2799 |
| 14810773 | + | MIDLAND CREDIT MANAGEMENT INC., c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14815341 | + | PNC Bank, National Association, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 00:35:56 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2025 00:11:00 | PNC Bank, National Association, 6750 Miller Road, Brecksville, OH 44141 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2025 00:23:30 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | ^ | MEBN | Sep 09 2025 00:00:51 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| cr | + | Email/Text: bankruptcy1@pffcu.org | Sep 09 2025 00:11:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14772966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:50:06 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14772965 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2025 00:23:16 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14772967 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 09 2025 00:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14800535 | | Email/Text: megan.harper@phila.gov | Sep 09 2025 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14772969 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 00:35:44 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14772970 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 00:51:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14773837 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2025 00:24:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14772971 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 00:23:16 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14772972 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 00:24:04 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14777732 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2025 00:11:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14772973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:24:42 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14772974 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 14772975 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2025 00:24:04 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14772976 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:37:42 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 14772977 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:38:52 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14779237 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2025 00:11:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14772978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:37:15 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14772979 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:51:20 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14772980 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:24:41 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772981 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772983 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772986 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772987 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenitybank/cldwtrmc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14772988 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenitycap/diamndsint, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772991 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Box 182125, Columbus, OH 43218-2125 |
| 14772989 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenitycapital/c21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772990 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenitycapital/levisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2025 00:11:00 | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |

Case 23-10966-amc   Doc 230   Filed 09/10/25   Entered 09/11/25 00:39:37   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: 206 | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| 14772995 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:23:24 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14772997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2025 00:24:09 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14772993 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 09 2025 01:03:04 | Dillard?s Card Services/Wells Fargo Bank, Attn: Bankruptcy, Po Box 10347, Des Moines, IA 50306-0347 |
| 14772994 | + | Email/Text: mrdiscen@discover.com | Sep 09 2025 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14772996 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2025 00:11:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14777070 | + | Email/Text: RASEBN@raslg.com | Sep 09 2025 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14774804 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 00:36:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14810629 | ^ | MEBN | Sep 09 2025 00:00:50 | MIDLAND CREDIT MANAGEMENT INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14780195 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2025 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14772998 | + | Email/Text: bnc@nordstrom.com | Sep 09 2025 00:11:03 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14789352 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2025 00:11:00 | Nordstrom, Inc, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 14773000 | | Email/Text: CollectionsDept@PFCU.COM | Sep 09 2025 00:11:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14772968 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2025 00:11:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14815157 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2025 00:11:00 | PNC Bank, 6750 Miller Road, Brecksville, Ohio 44141 |
| 14788220 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2025 00:11:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14815156 | + | Email/Text: EBN@brockandscott.com | Sep 09 2025 00:11:00 | PNC Bank, National Association, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14786159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2025 00:37:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14772999 | ^ | MEBN | Sep 09 2025 00:00:55 | Patenaude and Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 14785952 | ^ | MEBN | Sep 09 2025 00:00:51 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14773001 | + | Email/Text: bankruptcy1@pffcu.org | Sep 09 2025 00:11:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14779961 | + | Email/Text: bankruptcy1@pffcu.org | Sep 09 2025 00:11:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14773002 | + | Email/Text: bankruptcy1@pffcu.org | Sep 09 2025 00:11:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14776985 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 09 2025 00:11:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773003 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 09 2025 00:11:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14773004 | + | Email/Text: servicing@svcfin.com | Sep 09 2025 00:11:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14773005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:36:25 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:35 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:35 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14773011 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:37 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773013 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:35:33 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773014 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:04 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 14773015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:38:36 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14773010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:23:16 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:24:17 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 00:39:28 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773018 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 09 2025 00:11:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14785504 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2025 00:23:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14783001 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 09 2025 01:03:04 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14773019 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 09 2025 00:38:06 | Wffnatbank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 77

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14773006 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: 206 | Total Noticed: 82 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com |
| FRANCIS J. LAWALL | on behalf of Interested Party Capital One  NA francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| FRANCIS J. LAWALL | on behalf of Interested Party American Infosource  LP francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| JOSEPH R. LOVERDI | on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org  divellod@pffcu.org |
| MARIO J. HANYON | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Cavalry SPV I  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VICKI ANN PIONTEK | on behalf of Debtor Sharon Marie Wilkins vicki.piontek@gmail.com  info@recoverylawgroup.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sharon Marie Wilkins                                              Case No: 23−10966−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file certification of completion of instructional course concerning personal financial management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: September 8, 2025

For The Court

Mohung Wong
Clerk of Court

229
Form 206