UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Sharon Marie Wilkins,  :  23-10966
           Debtor  :
             :  Chapter 13

## ORDER

AND NOW, this __30th__ day of __Oct.__, 20__25__, upon consideration of Debtor's MOTION TO RE-OPEN BANKRUPTCY CASE, the same shall be GRANTED. The Debtor's case shall be re-opened.

_____
The Court