United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-10966-amc
Sharon Marie Wilkins     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 5
Date Rcvd: Oct 31, 2025    Form ID: 138OBJ    Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Marie Wilkins, 1824 Reed Street, Philadelphia, PA 19146-4636 |
| 14811376 | | Capital One, NA, c/o FRANCIS J. LAWALL, Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, 18th and Arch Street Philadelphia, PA 19103-2799 |
| 14810773 | + | MIDLAND CREDIT MANAGEMENT INC., c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14815341 | + | PNC Bank, National Association, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14772966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:13 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14772965 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 01 2025 00:38:16 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14772967 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 01 2025 00:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14800535 | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14772969 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2025 00:38:16 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14772970 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14773837 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2025 00:38:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14772971 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14772972 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2025 00:38:07 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14777732 | + | Email/Text: bankruptcy@cavps.com | Nov 01 2025 00:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: 138OBJ | Total Noticed: 78 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14772973 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:17 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14772974 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 14772975 | + Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2025 00:38:16 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14772976 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:17 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 14772977 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:07 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14779237 | Email/Text: bnc-quantum@quantum3group.com | Nov 01 2025 00:31:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14772978 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:08 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14772979 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:08 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14772980 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:13 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772981 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772982 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772983 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772984 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772985 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772986 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772987 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenitybank/cldwtrmc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14772988 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenitycap/diamndsint, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772991 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14772989 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenitycapital/c21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772990 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenitycapital/levisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14772992 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2025 00:31:00 | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 14772995 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:07 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14772997 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2025 00:38:17 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14772993 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 01 2025 00:38:06 | Dillard?s Card Services/Wells Fargo Bank, Attn: Bankruptcy, Po Box 10347, Des Moines, IA 50306-0347 |

Case 23-10966-amc   Doc 242   Filed 11/02/25   Entered 11/02/25 23:36:59   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: 138OBJ | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 14772994 | + | Email/Text: mrdiscen@discover.com | Nov 01 2025 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14772996 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 01 2025 00:31:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14777070 | + | Email/Text: RASEBN@raslg.com | Nov 01 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14774804 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2025 00:38:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14810629 | ^ | MEBN | Nov 01 2025 00:26:14 | MIDLAND CREDIT MANAGEMENT INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14780195 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2025 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14772998 | + | Email/Text: bnc@nordstrom.com | Nov 01 2025 00:31:08 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14789352 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 01 2025 00:31:00 | Nordstrom, Inc, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 14773000 | | Email/Text: CollectionsDept@PFCU.COM | Nov 01 2025 00:31:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14815157 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 01 2025 00:31:00 | PNC Bank, 6750 Miller Road, Brecksville, Ohio 44141 |
| 14788220 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 01 2025 00:31:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14772968 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 01 2025 00:31:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14815156 | + | Email/Text: EBN@brockandscott.com | Nov 01 2025 00:31:00 | PNC Bank, National Association, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14786159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2025 00:38:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14772999 | ^ | MEBN | Nov 01 2025 00:26:28 | Patenaude and Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 14785952 | ^ | MEBN | Nov 01 2025 00:26:09 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14773001 | + | Email/Text: bankruptcy1@pffcu.org | Nov 01 2025 00:31:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14779961 | + | Email/Text: bankruptcy1@pffcu.org | Nov 01 2025 00:31:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14773002 | + | Email/Text: bankruptcy1@pffcu.org | Nov 01 2025 00:31:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14776985 | | Email/Text: bnc-quantum@quantum3group.com | Nov 01 2025 00:31:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773003 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 01 2025 00:31:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14773004 | + | Email/Text: servicing@svcfin.com | Nov 01 2025 00:31:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14773005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14773007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773011 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14773012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773013 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773014 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:16 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 14773010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:17 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14773016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:13 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2025 00:38:12 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14773018 | + | Email/Text: EBankruptcy@UCFS.NET | Nov 01 2025 00:38:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14785504 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2025 00:31:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14783001 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 01 2025 00:38:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773019 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 01 2025 00:38:16 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| | | | Nov 01 2025 00:38:12 | Wffnatbank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14773006 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 31, 2025 | Form ID: 138OBJ | Total Noticed: 78 |
| Date: Nov 02, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com |
| FRANCIS J. LAWALL | on behalf of Interested Party Capital One  NA francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| FRANCIS J. LAWALL | on behalf of Interested Party American Infosource  LP francis.lawall@troutman.com, susan.henry@troutman.com,wlbank@troutman.com |
| JOSEPH R. LOVERDI | on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org  divellod@pffcu.org |
| MARIO J. HANYON | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Cavalry SPV I  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VICKI ANN PIONTEK | on behalf of Debtor Sharon Marie Wilkins vicki.piontek@gmail.com  info@recoverylawgroup.com |

TOTAL: 11

*Form 138OBJ* (6/24)−doc 241 − 220

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Sharon Marie Wilkins<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−10966−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 31, 2025

For The Court

Mohung Wong
Clerk of Court